UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cr-00070

**United States of America**

v.

**Drew Clark**

**ORDER**

This criminal action was referred to U.S. Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on July 1, 2026, and issued a report recommending that defendant's term of supervised release be revoked. Doc. 57. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 56.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court orders that defendant be sentenced to a period of six-months imprisonment followed by a four-year term of supervised release.

*So ordered by the court on July 14, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -